### MARY MURDOCK v. GEORGE KRAMER.

**A PERSON AFFECTED BY A JUDGMENT NOT THEREBY A PARTY OF RECORD.**

One whose interests are affected by a judgment does not thereby become a party of record or entitled to prosecute error to the judgment, which, so far as such person's interests are concerned, is void.

ERROR to the Court of Common Pleas of Hamilton county.

This case was heard on motion to dismiss the petition in error, because the plaintiff was not a party to the action below, and because of a defect in parties in error. It was contended by counsel, that the court below having rendered a judgment affecting the interests of the plaintiff in error, she thereby became a party of record, and not at liberty to appear and rid herself of the cloud of a void judgment.

Swing, J.

We think the petition in error should be dismissed for the reasons assigned on the motion filed herewith. There never has been any judgment rendered against Mrs. Murdock, and it will be time enough to prosecute error when there has been one rendered against her.

Littleford, Morris, Ballard & Sawver. for motion.

E. B. Gregg, *contra*.